**Shawn M. Dickey, OSB No. 050499**
E-mail: shawndickeyattorney@teleport.com
4380 S.W. Macadam, Suite 590
Portland OR 97239
Telephone: (503) 546-0512
Facsimile: (503) 546-0513

**David W. Owens, OSB No. 752928**
E-mail: DWO@owens-law.com
**Brook D. Wood, OSB No. 095539**
E-mail brookw@owens-law.com
David W. Owens, P.C., & Associates
4380 S.W. Macadam, Suite 590
Portland, OR 97239
Telephone: (503) 224-3100
Facsimile: (503) 274-8660

Attorneys for Plaintiff Joki

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **JULIE M. JOKI,** | Civil No. 08-CV-00849-CL |
| Plaintiff, | **STIPULATED PROTECTIVE ORDER** |
| **ROGUE COMMUNITY COLLEGE; DR. PETER ANGSTADT, PRESIDENT OF ROGUE COMMUNITY COLLEGE; CINDY HAUSER; VERNE UNDERWOOD; MICHAEL LAAM; AND GALYN CARLILE;** Defendants. | |

This matter comes before the Court on the Court's order that the parties submit a Protective Order that covers information contained in Personnel Files of Defendants, which have bee provided to the Court for inspection. This Order shall be in effect as to any Personnel Files of non-parties, and to Personnel Files of Defendants.

PAGE 1 OF 3 – STIPULATED PROTECTIVE ORDER

IT IS HEREBY ORDERED:

1. Personnel files produced by Defendants shall be viewed only by Plaintiff and her counsel. Each person that views such files shall sign a document indicating that they have read this protective order and that they agree to be bound by the terms of this protective order.

2. The names of instructors whose files are inspected shall not be revealed in Court or in documents filed with the Court, without further Order of the Court.

3. The parties shall devise a plan to identify information by some other means than names, such that individuals will not be identifiable.

4. If a document that identifies an instructor must be filed with the Court, it shall be filed under Seal.

5. Plaintiff shall be provided with a single copy of documents, said copies which shall be returned to Defendants at the conclusion of this case. Each person that views such copies shall sign a document indicating that they have read this protective order and that they agree to be bound by the terms of this protective order.

6. If any document must be filed with the court under seal, Plaintiff is permitted to copy the document once, for filing purposes, and to retain one copy for her reference until the case is completed.

7. Each person that views the files or any of the copies of the documents from such files shall not disclose any of the information contained in the files or documents to any person not authorized to view the files or copies of documents from the files.

IT IS SO ORDERD this _8_ day of _November_, 2010.

_____
Honorable Mark D. Clarke
United States Magistrate Judge

/// /// /// ///
**IT IS SO STIPULATED:**

__/s/ Shawn M. Dickey__
Shawn M. Dickey, OSB # 050499
Telephone:   (503) 546-0512
Of Attorneys for Plaintiff

Dated:   5th of November, 2010

__/s/ Robert E. Franz, Jr.__
Robert E. Franz, Jr., OSB # 730915
Telephone:   (541) 741-8220
Attorney for Defendants

Dated:   5th of November, 2010

PAGE 3 OF 3 – STIPULATED PROTECTIVE ORDER