**Robert E. Franz, Jr.**   **OSB #73091**
E-Mail: rfranz@franzlaw.comcastbiz.net
**Elizabeth S. Moseley**   **OSB #09589**
E-Mail: rfranz@franzlaw.comcastbiz.net
LAW OFFICE OF ROBERT E. FRANZ, JR.
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Facsimile:   (541) 741-8234
  Of Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **Julie M. Joki,** | Case No. 08-849-CL |
| Plaintiff, | |
| v. | **Motion for Summary Judgment** by Defendant Peter Angstadt PURSUANT TO FRCP 56 |
| **Rogue Community College;** **Dr. Peter Angstadt,** President Of Rogue Community College; **Denise Swafford; Cindy Hauser; Verne Underwood; Michael Laam;** and **Galyn Carlile;** | **Oral Argument Requested** |
| Defendants. | |

Page 1  -  Motion for Summary Judgment by Defendant Peter Angstadt

## CERTIFICATE OF COMPLIANCE

PURSUANT TO LOCAL RULE 7.1, the undersigned hereby certifies that Defendant Angstadt has, by and through his attorneys, conferred with plaintiff's counsel on this matter. As no agreement has been met, Defendant Angstadt makes the following motion at this time.

## MOTION

COMES NOW Defendant Angstadt, by and through his attorneys, the Law Office of Robert E. Franz, Jr., and hereby moves this Court for summary judgment in his favor and against the plaintiff upon the ground and for the reason that there is no genuine issue of material fact, and that his is entitled to judgment as a matter of law on the claims set forth in Plaintiff's Complaint on file herein.

THIS MOTION is made in good faith, not for the purpose of delay, and in the opinion of counsel is well founded in law. This motion is based upon FRCP 56; the attached Concise Statement of Material Facts; Legal Memorandum of Law; Affidavit of Peter Angstadt; Affidavit of Elizabeth S. Moseley; and the following exhibits:

| Exhibit No. | Description |
|---|---|
| Exhibit 501 | Plaintiff's Application for Employment (dated July 23, 1994) |
| Exhibit 502 | Excerpts of Deposition Transcript of Julie Joki |
| Exhibit 503 | Plaintiff's RCC Contract & Conditions of Employment for Part-time Instructors (dated September 16, 1994) |
| Exhibit 504 | Plaintiff's Application for Employment (dated May 3, 1997) |

| Exhibit No. | Description |
|---|---|
| Exhibit 505 | Letter to the Plaintiff from Human Resources Dean (dated July 23, 1997) |
| Exhibit 506 | Plaintiff's Resignation Letter (dated October 5, 2006) |
| Exhibit 507 | Excerpts of Deposition Transcript of Peter Angstadt |
| Exhibit 508 | Resolution No. P85-03/04 |
| Exhibit 509 | Letter to Plaintiff from Peter Angstadt (dated January 20, 2006) |
| Exhibit 510 | Leave Request Form (dated September 9, 2005) |
| Exhibit 511 | Incident Report (dated August 23, 2005) |
| Exhibit 512 | Letter to Plaintiff from Defendant Carlile (dated September 13, 2005) |
| Exhibit 513 | Letter of Reprimand to Plaintiff from Defendant Carlile (dated September 21, 2005) |
| Exhibit 514 | General Information and Administrative Procedures: Keys/Key Cards |
| Exhibit 515 | Excerpts of Collective Bargaining Agreement |
| Exhibit 516 | Association's Sequence of Events |
| Exhibit 517 | Level II Grievance |
| Exhibit 518 | Conversation Document prepared during Grievance Level II investigations by Jerry Bryan and Lynda Warren (dated October 15, 2005) |
| Exhibit 519 | Fact Finding (dated October 9, 2005) |
| Exhibit 520 | Timeline prepared by Plaintiff |
| Exhibit 521 | Emails regarding Plaintiff's 2005 Absence |
| Exhibit 522 | Excerpts of Deposition Transcript of Michael Laam |

| Exhibit No. | Description |
|---|---|
| Exhibit 523 | Excerpts of Deposition Transcript of Cindy Hauser |
| Exhibit 524 | Excerpts of Deposition Transcript of Galyn Carlile |
| Exhibit 525 | Excerpts of Deposition Transcript of Paul Fisher |
| Exhibit 526 | Email Correspondence between Paul Fisher and Defendant Angstadt |
| Exhibit 527 | Excerpts of Deposition Transcript of Denise Swafford |
| Exhibit 528 | BOLI & EEOC Complaint |

DATED: Tuesday, August 30, 2011

Respectfully submitted,

By: _____
LAW OFFICE OF ROBERT E. FRANZ, JR.
**Robert E. Franz, Jr.**
OSB #73091
(541) 741-8220
**Of Attorneys for Defendants**

Page 4 - Motion for Summary Judgment by Defendant Peter Angstadt

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing MOTION FOR SUMMARY JUDGMENT BY DEFENDANT PETER ANGSTADT on Plaintiff on Tuesday, August 30, 2011, by notice of electronic filing using the CM/ECF System:

Ms. Marianne Dugan
Attorney at Law
259 E. 5th Avenue, Suite 200-D
Eugene, OR  97401
  Of Attorneys for Plaintiff

Ms. Shawn M. Dickey
Attorney at Law
4380 Southwest Macadam, Ste. 590
Portland, OR 97239
  Of Attorneys for Plaintiff

Dated:  Tuesday, August 30, 2011.

_____
LAW OFFICE OF ROBERT E. FRANZ, JR.
Robert E. Franz, Jr.        OSB #73091
P.O. Box 62
Springfield, Oregon 97477
E-Mail: rfranz@franzlaw.comcastbiz.net
Telephone: (541) 741-8220
  Of Attorneys for Defendants

I hereby certify that this
document is a true and
correct copy of the original.


_____
Robert E. Franz, Jr.