IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| Julie M. Joki, | Case No. 08-849-CL |
| Plaintiff, | |
| v. | **AFFIDAVIT** |
| **Rogue Community College;** **Dr. Peter Angstadt,** President Of Rogue Community College; **Denise Swafford; Cindy Hauser; Verne Underwood; Michael Laam; and Galyn Carlile;** | **of Peter Angstadt, Ph.D.** in Support of Motion for Summary Judgment by Defendant Angstadt |
| Defendants. | |

State of Oregon   )
                 ) ss.
County of Jackson )

    I, Peter Angstadt, Ph.D., being first duly sworn, do depose and say as follows:

Page 1 - Affidavit of Peter Angstadt, Ph.D.

1. I am over the age of 18, and I make this affidavit based on personal knowledge of the facts contained herein.

2. I am a named defendant in the above-entitled matter. I currently am the President of Rogue Community College (RCC). I have been the President of RCC since June 2004.

3. I had very limited interaction with the plaintiff during her employment with RCC. My only interaction with the plaintiff outside of standard faculty interactions involved her Level II Grievance. As President of RCC, it is my responsibility to resolve Level II Grievances. When the plaintiff initiated her Level II Grievance, my only objective was to resolve the situation so that everyone could move forward. I made the decision to withdraw her Letter of Reprimand from her personnel file and to reassign her supervision in an effort to resolve the plaintiff's complaints. I believed that the actions I took surrounding the Level II Grievance emphasized that no potentially discriminatory or retaliatory conduct is ever tolerated at RCC.

4. I treated the plaintiff in the same way I would treat any individual under the particular circumstances. I never treated her differently because she was female, I never treated her differently in retaliation for any of her actions, and I never acted with intent to cause the plaintiff emotional distress.

_____
Peter Angstadt, Ph.D.

SUBSCRIBED and SWORN to before me this ___24___ day of August, 2011.

OFFICIAL SEAL
CATHERINE S MURPHY
NOTARY PUBLIC-OREGON
COMMISSION NO. 438105
MY COMMISSION EXPIRES APRIL 2, 2013

_____
Notary Public for Oregon
My Commission Expires: April 2, 2013

Page 2 - Affidavit of Peter Angstadt, Ph.D.

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing AFFIDAVIT OF PETER ANGSTADT, Ph.D. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANT PETER ANGSTADT on Plaintiff on Tuesday, August 30, 2011, by notice of electronic filing using the CM/ECF System:

Ms. Marianne Dugan
Attorney at Law
259 E. 5th Avenue, Suite 200-D
Eugene, OR 97401
  Of Attorneys for Plaintiff

Ms. Shawn M. Dickey
Attorney at Law
4380 Southwest Macadam, Ste. 590
Portland, OR 97239
  Of Attorneys for Plaintiff

Dated: Tuesday, August 30, 2011.

_____
LAW OFFICE OF ROBERT E. FRANZ, JR.
Robert E. Franz, Jr.    OSB #73091
P.O. Box 62
Springfield, Oregon 97477
E-Mail: rfranz@franzlaw.comcastbiz.net
Telephone: (541) 741-8220
  Of Attorneys for Defendants

I hereby certify that this
document is a true and
correct copy of the original.

_____
Robert E. Franz, Jr.