

*UNITED STATES DISTRICT COURT*
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

Date of Reassignment. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . September 23, 2011

Case Number. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1:08-cv-00849-PA

Case Title. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Joki v. Rogue Community College et al

**(A)** **Case Reassignment:** In accordance with the Court's Case Management Plan, the above captioned case has been reassigned from the Honorable Mark D. Clarke, United States Magistrate Judge, to the Honorable Owen M. Panner, Senior United States District Judge. Information on this case may be obtained from the following:

        Judicial Assistant:    Deborah DesJardins
                                    Telephone: (503) 326-8290
                                    email:   deborah_desjardins@ord.uscourts.gov

        Docket Information:    Telephone: (541) 608-8777

**(B)** **Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, US District Court in Medford, 201 James A. Redden United States Courthouse, 310 W. Sixth Street, Medford, Oregon 97501.

**(C)** **Change to the Case Number:** Effective immediately, Judge Panner's initials (PA) will replace the previous judge's initials in this case.

                                                            **MARY L. MORAN,**
                                                           **Clerk of Court**

cc:    Judge Panner
        Counsel of Record